SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **LIANG YANG**, <br><br> Defendant. | Criminal Case No. 23-cr-00027 <br><br> **UNITED STATES' MOTION TO SEAL** |

1  The United States herby moves the Court for an Order to seal its exhibits to the
2  Government's October 12th brief in support of detention hearing, as it contains sensitive
3  information.

Respectfully submitted on October 12, 2023.

                                              SHAWN N. ANDERSON
                                              United States Attorney

                               By:   */s/ Albert S. Flores, Jr.*
                                      ALBERT S. FLORES, JR.
                                      Assistant United States Attorney