F I L E D
Clerk
District Court
OCT 12 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1:23-cr-00027

October 12, 2023
3:30 p.m.

### UNITED STATES OF AMERICA -v- LIANG YANG

PRESENT:   HON. HEATHER L. KENNEDY, MAGISTRATE JUDGE PRESIDING
HEIDI DOOGAN, COURT REPORTER
FRANCINE ATALIG, COURTROOM DEPUTY
ASHLEY KOST, ASSISTANT U.S. ATTORNEY
VINCENT SEMAN, CJA COUNSEL FOR DEFENDANT
LIANG YANG, DEFENDANT
MONIQUE KRAMER, INTERPRETER FOR DEFENDANT
GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING:   ARRAIGNMENT / DETENTION HEARING

Defendant appeared in custody.  Interpreter was sworn.

Court summarized the status of this case.

Court proceeded with the arraignment. Court had questions and Defendant responded.

Court recessed at 3:35 p.m. and reconvened at 3:40 p.m.

Court had questions and Defendant responded. Defendant waived the reading of the indictment and entered a plea of not guilty.

**Jury Trial** is set for **December 5, 2023**, at **10:00 a.m.**

Court addressed the Government's Motion for Order of Detention Pending Trial, ECF [3]. Attorney Seman requested for a short continuance to allow the Defense to vet a possible third-party custodian.

Without objections from the Government, Court found good cause to continue this **detention hearing** to **Tuesday, October 17, 2023**, at **2:30 p.m**.

Court addressed the Government's motion to seal exhibits. Court rejected and returned to the Government the submitted exhibits.

Defendant was remanded.

Adjourned at 3:50 p.m.
/s/Francine Atalig, Courtroom Deputy