F I L E D
Clerk
District Court
OCT 17 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

1:23-cr-00027

October 17, 2023
2:30 p.m.

**UNITED STATES OF AMERICA -v- LIANG YANG**

PRESENT:   HON. HEATHER L. KENNEDY, MAGISTRATE JUDGE PRESIDING
              HEIDI DOOGAN, COURT REPORTER
              FRANCINE ATALIG, COURTROOM DEPUTY
              ALBERT FLORES JR., ASSISTANT U.S. ATTORNEY
              ASHLEY KOST, ASSISTANT U.S. ATTORNEY
              VINCENT SEMAN, CJA COUNSEL FOR DEFENDANT
              LIANG YANG, DEFENDANT
              MONIQUE KRAMER, INTERPRETER FOR DEFENDANT
              GREGORY ARRIOLA, U.S. PROBATION OFFICER

PROCEEDING:   DETENTION HEARING

Defendant appeared in custody.  Interpreter was sworn.

Court addressed the Government's Motion for Order of Detention Pending Trial, ECF [3]. Attorney Seman apprised the Court that Defense withdrew a possible third-party custodian and had no opposition to the Defendant's detention.

Court ordered the Defendant remain detained pending the jury trial.

Defendant was remanded.

                                  Adjourned at 2:40 p.m.
                                  /s/Francine Atalig, Courtroom Deputy