SHAWN N. ANDERSON
United States Attorney
ALBERT S. FLORES, JR.
Assistant United States Attorney
P.O. Box 500377
United States Courthouse, Second Floor
Saipan, MP 96950
TEL:  (670) 236-2980
FAX:  (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **LIANG YANG**, <br><br> Defendant. | Criminal Case No. 23-cr-00027 <br><br> **UNITED STATES' MOTION TO SET MATTER FOR CHANGE OF PLEA HEARING** |

In light of the Plea Agreement signed by the parties and filed with the Court on October 23, 2023, the United States of America, by and through undersigned counsel, hereby moves this Court to set this matter for a Change of Plea hearing on Thursday, October 26, 2023, at 11:00 a.m.

Respectfully submitted on October 24, 2023.

                                          SHAWN N. ANDERSON
                                          United States Attorney

                            By:   */s/ Albert S. Flores, Jr.*
                                  ALBERT S. FLORES, JR.
                                  Assistant United States Attorney