F I L E D
Clerk
District Court
OCT 24 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | Criminal Case No. 23-cr-00027 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING UNITED STATES' MOTION TO SET MATTER FOR CHANGE OF PLEA HEARING** |
| LIANG YANG, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the United States' motion to set a change of plea hearing is GRANTED. The requested hearing shall be held on **Thursday, October 26, 2023, at 11:00 a.m.**

IT IS SO ORDERED October 24, 2023.

_____
ROBERT C. NARAJA
Designated Judge