F I L E D
Clerk
District Court
OCT 26 2023
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

1:23-cr-00027

October 26, 2023
11:00 a.m.

### UNITED STATES OF AMERICA -v- LIANG YANG

PRESENT:  HON. ROBERT C. NARAJA, DESIGNATED JUDGE PRESIDING
HANNAH ROBERTSON, LAW CLERK
EMILIA McMANUS, LAW CLERK TO JUDGE NARAJA
HEIDI DOOGAN, COURT REPORTER
NICOLE SABLAN, RELIEF COURTROOM DEPUTY
ANASTASIIA SHAMANAEVA, STUDENT INTERN
ALBERT FLORES JR., ASSISTANT U.S. ATTORNEY
ASHLEY KOST, ASSISTANT U.S. ATTORNEY
RAYMOND RENGUUL, DEA TASK FORCE OFFICER
VINCENT SEMAN, CJA COUNSEL FOR DEFENDANT
LIANG YANG, DEFENDANT
MONIQUE KRAMER, INTERPRETER FOR DEFENDANT
JUANETTE DAVID-ATALIG, U.S. PROBATION OFFICER

PROCEEDING:  CHANGE OF PLEA

Defendant appeared in custody and was sworn. Interpreter was sworn.

Court had questions and Defendant responded.

Defendant was advised in open court of his constitutional rights and of the nature of the charge against him.

AUSA Flores stated the elements of the offense and the factual basis the Government was prepared to prove had the matter gone to trial.

Court and counsel reviewed and addressed the plea agreement. Court reviewed and apprised the Defendant of the sentencing guidelines. Court had questions for Attorney Seman and counsel responded.

Defendant entered a plea of guilty to Count 1 of the Indictment charging the Defendant with Count One: Conspiracy to Possess Methamphetamine with the Intent to Distribute, in violation of 21 U.S.C. §§ 846, 841(a)(1). Court found the Defendant was fully competent to enter a knowing and voluntary plea. Court accepted Defendant's guilty plea and adjudged Defendant guilty of the offense.

Court vacated the jury trial. Court found excludable delay under the Speedy Trial Act from today, October 26, 2023, until the date of sentencing.  **Sentencing is set for January 26, 2024, at 9:00 a.m.**

Without objections, Court unsealed the plea agreement.

Defendant was remanded.

                                              Adjourned at 11:50 a.m.
                                              /s/Nicole Sablan, Relief Courtroom Deputy