FILED
Clerk
District Court

OCT 26 2023

for the Northern Mariana Islands
by _____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>LIANG YANG,<br><br>　　　　　　　Defendant. | Case No.: 1:23-cr-00027<br><br>**ORDER SETTING<br>SENTENCING DATE** |

　　　IT IS HEREBY ORDERED that the Defendant be referred to the U.S. Probation Office for investigation and report. The initial presentence investigation report is due on December 8, 2023. Pursuant to Rule 32(f)(1), within 14 days after receipt of the presentence report, the parties must state in writing any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the report.

　　　**Sentencing** is scheduled for Friday, **January 26, 2024,** at **9:00 a.m.**

　　　Additionally, the final presentence investigation report is due on January 12, 2024, and parties must file any sentencing memoranda and related materials one week prior to sentencing.

　　　SO ORDERED this 26th day of October 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ROBERT C. NARAJA
　　　　　　　　　　　　　　　　　　　　　　Designated Judge